IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-00728-JLK (consolidated with 09-cv-00729-AP)**

IN RE:  ADAM AIRCRAFT INDUSTRIES, INC., Debtor

ROBERT SCOGGIN,

    Plaintiff/Appellant,

v.

JEFFREY WEINMAN, in his capacity as Chapter 7 Trustee.

    Defendant/Appellee.

---

## ORDER

---

Kane, J.

1. Appellant's Unopposed Motion to Modify Case Caption (doc. #16), filed June 24, 2009, is GRANTED. The case caption is modified as indicated above.

2. Appellant's Unopposed Motion to Consolidate Appeals (doc. #17), filed June 24, 2009, is GRANTED. Case No. 09-cv-00729-AP is CONSOLIDATED with this appeal. The similar motions pending in 09-cv-00729-AP shall be termed as moot.

3. Appellant Scoggin is directed to file a Motion for Leave to Pursue Interlocutory Appeal in this court on or before July 8, 2009; appellee shall respond on or before July 17, 2009. Further briefing is STAYED pending resolution of this motion.

Dated:  June 24, 2009

                                        BY THE COURT:

                                        ***S/John L. Kane***
                                        John L. Kane, Senior Judge
                                        United States District Court